UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEACOR MARINE LLC,

                    Plaintiff,

          -against-                                23-CV-8081 (JGLC)

WHITE MARLIN OPERATING COMPANY, LLC,               **ORDER DIRECTING SERVICE**

                    Defendant.

JESSICA G. L. CLARKE, United States District Judge:

On May 1, 2025, Magistrate Judge Ricardo filed a report and recommendation regarding an inquest into damages. *See* ECF No. 51.

It is hereby ORDERED that Plaintiff serve Defendant via overnight courier with (1) a copy of the report and recommendation; and (2) a copy of this Order by **December 9, 2025,** and file proof of such service on the docket no later **December 10, 2025**.

          SO ORDERED.

Dated: December 4, 2025
       New York, New York

_____
JESSICA G. L. CLARKE
United States District Judge