**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
SEACOR MARINE LLC,

               Plaintiff,                          23 **CIVIL** 8081 (JGLC)(HJR)

          -against-                                  **JUDGMENT**

WHITE MARLIN OPERATING COMPANY, LLC,

               Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated December 22, 2025, the Court adopts the Report & Recommendation in its entirety. Default judgment is entered against Defendant, awarding Plaintiff $128,770.60 in unpaid principal, $77,262.36 in pre-judgment interest, and post-judgment interest to be calculated by the statutory rate; accordingly, the case is closed.

**Dated:**  New York, New York
       December 23, 2025

                                        **TAMMI M. HELLWIG**
                                  _____
                                       **Clerk of Court**

**BY:**  _____
                                       **Deputy Clerk**